IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED AUTO GROUP, INC., | ) | |
| Plaintiff, | ) | |
| vs. | ) | Civ. No. <u>04-2802-D/P</u> |
| ADAM EWING, et al., | ) | |
| Defendants. | ) | |

## AMENDED SCHEDULING ORDER

On June 20, 2005, the court held a telephonic status conference with the parties. Present were Sharon Loy and Marc Newman, counsel for plaintiff, and A. James Andrews, counsel for defendants. For good cause shown, the scheduling order is hereby amended as follows:

**INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):**
Completed

**JOINING PARTIES:** August 1, 2005

**AMENDING PLEADINGS:** August 1, 2005

**INITIAL MOTIONS TO DISMISS:** Pending

**COMPLETING ALL DISCOVERY:** November 15, 2005

   (a) **DOCUMENT PRODUCTION:** November 15, 2005

(b) **DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS**: November 15, 2005

(c) **EXPERT WITNESS DISCLOSURE (Rule 26)**:

    (1) **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION**: September 15, 2005

    (2) **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION**: October 15, 2005

    (3) **EXPERT WITNESS DEPOSITIONS**: November 15, 2005

**FILING DISPOSITIVE MOTIONS**: December 15, 2005

All other dates, including the February 21, 2005 trial date, shall remain the same.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

June 20, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 83 in case 2:04-CV-02802 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Perry A. Craft
CRAFT & SHEPPARD, PLC
214 Centerview Dr.
Ste. 233
Brentwood, TN 37027

Sharon Harless Loy
LAW OFFICE OF RICKY E. WILKINS
119 S. Main St.
Ste. 700
Memphis, TN 38103

Karl A. Schledwitz
LAW OFFICE OF DOUGLAS R. BEATY
8130 Country Village Dr.
Ste. 101
Memphis, TN 38016

Ricky E. Wilkins
LAW OFFICE OF RICKY E. WILKINS
119 S. Main St.
Ste. 700
Memphis, TN 38103

Marc L. Newman
MILLER & SHEA P.C.
950 West University Drive
Suite 300
Rochester, MI 48307

E. Powell Miller
MILLER SHEA, P.C.
950 West University Drive
Suite 300
Rochester, MI 48307

A. James Andrews
ANDREWS & HUDSON,P.C.
606 Main Avenue
Suite 202
Knoxville, TN 37902

Edward M. Bearman
BRANSON & BEARMAN
780 Ridge Lake Blvd.
Ste. 202
Memphis, TN 38120

Honorable Bernice Donald
US DISTRICT COURT