IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED AUTO GROUP, a Delaware Corp. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 04-2802 D/P |
| | ) | |
| ADAM EWING and ANDREW BARBEE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### ORDER DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS OR TO STAY ALL PROCEEDINGS

Before the Court is the Defendants Adam Ewing and Andrew Barbee's ("Defendants") April 22, 2005, motion (dkt. # 70) to dismiss or, in the alternative to stay all proceedings until the Shelby County Chancery Court had an opportunity to rule on the rights of all parties to the Settlement Agreement. The Chancery Court case has since been removed to federal court (case no. 05-2323 D/V), and was non-suited on May 17, 2005. Therefore, since the state case that formed the basis for the instant motion is no longer pending, the motion to dismiss, or in the alternative to stay, is now moot. Thus, Defendants' motion to dismiss or to stay all proceedings is denied as moot.

**IT IS SO ORDERED** this ___20___ day of June, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  6-21-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 84 in case 2:04-CV-02802 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Ricky E. Wilkins
LAW OFFICE OF RICKY E. WILKINS
119 S. Main St.
Ste. 700
Memphis, TN 38103

E. Powell Miller
MILLER SHEA, P.C.
950 West University Drive
Suite 300
Rochester, MI 48307

Sharon Harless Loy
LAW OFFICE OF RICKY E. WILKINS
119 S. Main St.
Ste. 700
Memphis, TN 38103

Perry A. Craft
CRAFT & SHEPPARD, PLC
214 Centerview Dr.
Ste. 233
Brentwood, TN 37027

A. James Andrews
ANDREWS & HUDSON,P.C.
606 Main Avenue
Suite 202
Knoxville, TN 37902

Edward M. Bearman
BRANSON & BEARMAN
780 Ridge Lake Blvd.
Ste. 202
Memphis, TN 38120

Karl A. Schledwitz
LAW OFFICE OF DOUGLAS R. BEATY
8130 Country Village Dr.
Ste. 101
Memphis, TN 38016

Marc L. Newman
MILLER & SHEA P.C.
950 West University Drive
Suite 300
Rochester, MI 48307

Honorable Bernice Donald
US DISTRICT COURT